IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DANIEL P. RYAN, et al., | ) | CV. 04-00561HG-KSC |
| | ) | |
| Plaintiffs, | ) | RECEIPT FOR EXHIBITS |
| | ) | |
| vs. | ) | |
| | ) | |
| TONY HAWAII AUTOMOTIVE | ) | |
| GROUP, LTD., et al., | ) | |
| | ) | |
| Defendants. | ) | |

I, WESLEY H.H. CHING, ESQ., attorney for Defendants, acknowledge receipt of Defendants' Exhibits 1, 2 and 3.

DATED:   Honolulu, Hawaii, _____09·13·06_____.

_____
Signature